**SO ORDERED.**

**DONE and SIGNED June 11, 2021.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 90-13449 |
| | § | |
| Patrick L. McConathy | § | Chapter 7 |
| Patricia Chapman McConathy | § | |
| Debtors | § | |
| | § | |

### Order Denying Motion for Modification of the Automatic Stay

Before the court is a Motion for Modification of the Automatic Stay (the

"**Motion**") filed as docket no. 204 by Foundation Energy Fund IV-A, LP, a Delaware

Limited Partnership; Foundation Energy Fund IV-B Holding, LLC, a Texas Limited

Liability Company; Dolores Jo Matson Trust; Roger Melvin Matson Trust; Willis J.

Magathan; Entech Enterprises, Inc.; and Black Stone Minerals Company, LP.

For reasons set forth in the Memorandum Ruling,

   **IT IS ORDERED** that the Motion is hereby **DENIED**.

                            ###