**SO ORDERED.**

**DONE and SIGNED August 24, 2022.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 90-13449 |
| | § | |
| Patrick L. McConathy | § | Chapter 7 |
| Patricia Chapman McConathy | § | |
|   Debtors | § | |
| | § | |
| | § | |

### Order

Before the court are the following:

a) "Amended and Restated Motion and Incorporated Memorandum for Determination that the Kansas Litigation is Void Ab Initio, For Civil Contempt, For Sanctions and All Other Appropriate Relief," (the "**Contempt Motion**") filed by American Warrior, Inc., Heartland Oil, Inc., Mid-Continent Resources, Inc. (collectively "**AWI**") as docket no. 285; and

b) "Application for Compensation and Reimbursement Pursuant to Sanctions Order" (the "**Fee Application**") filed by AWI as docket no. 327.

The court previously entered an order (docket no. 322) which granted in part and denied in part the Contempt Motion. That order stated that the court will

impose monetary sanctions against Jeffery L. Carmichael and Jonathan Schlatter for their violations of the automatic stay. The order also provided that the amount of the sanctions would be determined after AWI filed a fee application seeking reimbursement of attorneys' fees and expenses.

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that:

1. The Fee Application filed as docket no. 327 is hereby **GRANTED** in part and **DENIED** in part. Fees are allowed in the amount of $58,081.20. Expenses are allowed in the amount of $9,786.90. All other fees and expenses requested are disallowed.

2. The Contempt Motion filed as docket no. 285 is **GRANTED** in part and **DENIED** in part. Monetary sanctions are hereby imposed against Jeffery L. Carmichael and Jonathan Schlatter, *in solido*, in the amount of $67,868.10, representing $58,081.20 for fees and $9,786.90 for expenses resulting from the stay violation.

3. The sanctions must be paid to AWI on or before **October 31, 2022**.

###